PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. OROSCO,<br><br>                Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>                Respondent. | CASE NO. 2:23-CV-00392-CKD (HC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On April 20, 2023, Respondent requested an extension of time to file its response to Petitioner's § 2241 petition.

IT IS HEREBY ORDERED that Respondent's request until April 27, 2023, to file its response is granted.

Dated:  April 25, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1