PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. OROSCO, | CASE NO. 2:23-CV-00392-CKD |
| Petitioner, | ORDER |
| v. | |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

On 7/31/2023, Respondent moved for leave to file an amended motion to dismiss in response to Petitioner's 28 U.S.C. § 2241 petition. ECF No. 14. Respondent further moved to stay proceedings in the above captioned matter to allow BOP time to complete interagency review relating to Petitioner Orosco's inmate records, to include assessment of all credit offsets, and determination of a projected release date.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's pending motion to dismiss (ECF No. 13) is denied as moot in light of information provided in the motion for a stay.

2. Respondent's motion to stay proceedings is denied.

3. To the extent that Respondent's motion seeks an extension of time to file an amended motion to dismiss, the motion is granted. Respondent may file an amended responsive pleading on or before 8/30/2023. **No further extensions of time will be granted.**

**DATED:** AUGUST 15, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE