UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. OROSCO,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, FCI HERLONG,<br><br>  Respondent. | No. 2:23-cv-00392-CKD P<br><br><br>ORDER |

Petitioner is a former federal inmate proceeding pro se in this habeas corpus action filed pursuant to 28 U.S.C. § 2241. In his habeas application, petitioner requested that the Bureau of Prisons apply First Step Act ("FSA") time credits that he has earned and advance his release date by 365 days. ECF No. 1 at 1.

On August 30, 2023, respondent filed a motion to dismiss the § 2241 petition on mootness grounds indicating that petitioner was released from FCI Herlong on August 16, 2023 due, in part, to the application of FSA credits. ECF No. 16 at n. 2.[1] Petitioner has not filed an opposition or otherwise responded to the motion to dismiss. Based on petitioner's release from the Bureau of Prisons, the court will order petitioner to show cause why the pending § 2241 petition should not be dismissed as moot.

---

[1] The motion indicates that petitioner is now in the custody of Immigration and Customs Enforcement ("ICE").

Accordingly, IT IS HEREBY ORDERED that petitioner show cause in writing within 21 days from the date of this order why the pending § 2241 petition should not be dismissed as moot based on his release from incarceration.

Dated:  October 4, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/oros0392.osc.moot.2241